# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BEN FABRIKANT, STEPHEN OST, BRANDON CALLIER, and NATHAN BYARS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNPATH LTD., a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, and MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 20-CV-01376-RGA |

## STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs Kurt Morales II, Ben Fabrikant, Stephen Ost, Brandon Callier, and Nathan Byars, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Sunpath Ltd., and Northcoast Warranty Services, Inc. ("Defendants"), stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure (F.R.C.P.) 15(a)(2) Plaintiffs and Defendants have agreed, subject to the approval of the Court, that Plaintiffs may file their Second Amended Complaint without the need to seek further relief from this Court;

2. The parties have agreed, subject to the Court's approval of the Stipulation and proposed order, notwithstanding the timing set forth in F.R.C.P. 15(a)(3), the Defendants' answer or other response thereto will be due 20 days from the date the Second Amended Complaint is filed;

3. Pending before the Court are Plaintiffs' Combined Motions for Preliminary Injunction and Provisional Class Certification (D.I. 13), which is scheduled for hearing on February 16, 2021, and Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint

(D.I. 30) (the "Pending Motions), which is fully briefed; and

4.      Counsel for the parties have agreed that pursuant to the Local Rule of Civil Practice and Procedure of the United States District Court for the District of Delaware ("Local Rule") 7.1.1 to report to the Court on or before Wednesday, February 10, 2021 as to whether the parties agree on whether the Pending Motions require any amendment, supplementation or other revision, occasioned by the filing of the Second Amended Complaint, or whether the parties agree that the Pending Motions may be presented to and considered by the Court without additional amendment, in their current form.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 9, 2021

By: /s/ Ian Connor Bifferato       .
Ian Connor Bifferato (#3273)
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
E-mail: cbifferato@tbf.legal

Thomas A. Zimmerman, Jr. (IL #6231944)*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
www.attorneyzim.com

Mark L. Javitch (California SBN 323729)*
JAVITCH LAW OFFICE
480 S. Ellsworth Avenue
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

*Attorneys for Plaintiffs and the Putative Classes*
*Admitted Pro Hac Vice

DATED: February 9, 2021     By: /s/ David B. Anthony            .
                            Michael W. McDermott (#4434)
                            David B. Anthony (#5452)
                            Peter McGivney (#5779)
                            BERGER HARRIS
                            1105 North Market Street, 11th Floor
                            Wilmington, DE 19801
                            Telephone: (302) 655-1140
                            Facsimile: (302) 655-1131
                            Email: mmcdermott@bergerharris.com

                            *Attorneys for Defendants Sunpath Ltd. and Northcoast Warranty Services, Inc.*

IT IS SO ORDERED.

DATED: 2/10/2021            /s/ Richard G. Andrews
                            Richard G. Andrews
                            United States District Judge