# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BEN FABRIKANT, and BRANDON CALLIER, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUNPATH LTD., a Delaware corporation, and NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 20-CV-01376-RGA |

**STIPULATION AND [PROPOSED] ORDER STAYING HEARING ON MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**

Plaintiffs Kurt Morales II, Ben Fabrikant, and Brandon Callier, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Sunpath Ltd., and Northcoast Warranty Services, Inc. ("Defendants"), stipulate and agree as follows:

WHEREAS, on November 17, 2020, Plaintiffs filed a First Amended Class Action Complaint and Motion for Class Certification and for Preliminary Injunction (the "Class Motion") [D.I. 12, 13];

WHEREAS, on November 20, 2020, the Court entered a Stipulated Order governing the briefing on the Class Motion and setting a hearing for February 16, 2021 at 2:00 P.M. [D.I. 27]

WHEREAS, on December 18, 2020, Defendants filed an Answering Brief in opposition to the Class Motion [D.I. 34];

WHEREAS, on January 8, 2021, Plaintiffs filed a Reply Brief in further support of the Class Motion;

WHEREAS, on February 9, 2021, the parties stipulated and agreed that Plaintiffs may file a Second Amended Class Action Complaint [D.I. 45];

WHEREAS, on February 10, 2021, Plaintiffs filed a Second Amended Class Action Complaint, which Defendants must respond to on or before March 2, 2021 [D.I. 46];

AND NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the hearing on the Class Motion scheduled for February 16, 2021 at 2:00 P.M. may be removed from the Court's calendar and stayed until after Defendants respond to the Second Amended Class Action Complaint at which time the parties shall meet and confer concerning briefing on any dispositive motion and any supplemental briefing on the Class Motion.

DATED: February 10, 2021

By: /s/ Ian Connor Bifferato                .
Ian Connor Bifferato (#3273)
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 298-0688
E-mail: cbifferato@tbf.legal

Thomas A. Zimmerman, Jr. (IL #6231944)*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
www.attorneyzim.com

Mark L. Javitch (California SBN 323729)*
JAVITCH LAW OFFICE
480 S. Ellsworth Avenue
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

*Attorneys for Plaintiffs and the Putative Classes*
*Admitted Pro Hac Vice

DATED: February 10, 2021       By: /s/ David B. Anthony                .
                                              Michael W. McDermott (#4434)
                                              David B. Anthony (#5452)
                                              Peter McGivney (#5779)
                                              BERGER HARRIS
                                              1105 North Market Street, 11th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 655-1140
                                              Facsimile: (302) 655-1131
                                              Email: mmcdermott@bergerharris.com

                                              *Attorneys for Defendants Sunpath Ltd. and*
                                              *Northcoast Warranty Services, Inc.*

IT IS SO ORDERED.


DATED: _____  _____
                                                                    Richard G. Andrews
                                                                     United States District Judge