# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BEN FABRIKANT, and BRANDON CALLIER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SUNPATH LTD., a Delaware corporation, and NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 20-CV-01376-RGA |

**STIPULATION AND [PROPOSED] ORDER STAYING HEARING ON MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**

Plaintiffs Kurt Morales II, Ben Fabrikant, and Brandon Callier, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Sunpath Ltd., and Northcoast Warranty Services, Inc. ("Defendants"), stipulate and agree as follows:

WHEREAS, on November 17, 2020, Plaintiffs filed a First Amended Class Action Complaint and Motion for Class Certification and for Preliminary Injunction (the "Class Motion") [D.I. 12, 13];

WHEREAS, on November 20, 2020, the Court entered a Stipulated Order governing the briefing on the Class Motion and setting a hearing for February 16, 2021 at 2:00 P.M. [D.I. 27]

WHEREAS, on December 18, 2020, Defendants filed an Answering Brief in opposition to the Class Motion [D.I. 34];

WHEREAS, on January 8, 2021, Plaintiffs filed a Reply Brief in further support of the Class Motion;

WHEREAS, on February 9, 2021, the parties stipulated and agreed that Plaintiffs may file a Second Amended Class Action Complaint [D.I. 45];

WHEREAS, on February 10, 2021, Plaintiffs filed a Second Amended Class Action Complaint, which Defendants must respond to on or before March 2, 2021 [D.I. 46];

AND NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the hearing on the Class Motion scheduled for February 16, 2021 at 2:00 P.M. may be removed from the Court's calendar and stayed until after Defendants respond to the Second Amended Class Action Complaint at which time the parties shall meet and confer concerning briefing on any dispositive motion and any supplemental briefing on the Class Motion.

DATED: February 10, 2021　　　　　　　　By: /s/ Ian Connor Bifferato　　　　　　　.
　　　　　　　　　　　　　　　　　　　　　　Ian Connor Bifferato (#3273)
　　　　　　　　　　　　　　　　　　　　　　THE BIFFERATO FIRM, P.A.
　　　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 225-7600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 298-0688
　　　　　　　　　　　　　　　　　　　　　　E-mail: cbifferato@tbf.legal

　　　　　　　　　　　　　　　　　　　　　　Thomas A. Zimmerman, Jr. (IL #6231944)*
　　　　　　　　　　　　　　　　　　　　　　ZIMMERMAN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　　　77 W. Washington Street, Suite 1220
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 440-0020
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 440-4180
　　　　　　　　　　　　　　　　　　　　　　Email: tom@attorneyzim.com
　　　　　　　　　　　　　　　　　　　　　　www.attorneyzim.com

　　　　　　　　　　　　　　　　　　　　　　Mark L. Javitch (California SBN 323729)*
　　　　　　　　　　　　　　　　　　　　　　JAVITCH LAW OFFICE
　　　　　　　　　　　　　　　　　　　　　　480 S. Ellsworth Avenue
　　　　　　　　　　　　　　　　　　　　　　San Mateo CA 94401
　　　　　　　　　　　　　　　　　　　　　　Telephone: (650) 781-8000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 648-0705
　　　　　　　　　　　　　　　　　　　　　　Email: mark@javitchlawoffice.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Putative Classes*
　　　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice

| | |
|---|---|
| DATED: February 10, 2021 | By: /s/ David B. Anthony                    .<br>Michael W. McDermott (#4434)<br>David B. Anthony (#5452)<br>Peter McGivney (#5779)<br>BERGER HARRIS<br>1105 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 655-1140<br>Facsimile: (302) 655-1131<br>Email: mmcdermott@bergerharris.com<br><br>*Attorneys for Defendants Sunpath Ltd. and Northcoast Warranty Services, Inc.* |

IT IS SO ORDERED.

| | |
|---|---|
| DATED: ___2/11/2021___ | ___/s/ Richard G. Andrews___<br>Richard G. Andrews<br>United States District Judge |