**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KURT MORALES II, BEN FABRIKANT, STEPHEN OST, BRANDON CALLIER, and NATHAN BYARS, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SUNPATH LTD., a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, and MATRIX FINANCIAL SERVICES, LLC, a Delaware limited liability company,<br><br>        Defendants. | C.A. NO. 1:20-cv-01376-RGA |

**PROPOSED STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Matrix

Financial Services, LLC, ("Matrix"), that this action against Matrix is dismissed with prejudice

as to Plaintiffs' individual claims against Matrix, but without prejudice as to any claims that any

putative class members may have against Matrix.

**THE BIFFERATO FIRM**

 */s/ Ian Connor Bifferato*
IAN CONNOR BIFFERATO, I.D. 3273
1007 N. Orange Street, 4th Floor, Wilmington, DE 19801
*Attorney for Plaintiffs*

**ELZUFON AUSTIN & MONDELL, P.A.**

*/s/ Loren R. Barron*
LOREN R. BARRON, I.D. 5590
300 Delaware Avenue, Suite 1700, Wilmington, DE 19899-1630
*Attorney for Defendant Matrix Financial Services, LLC*

        IT IS SO ORDERED this ____29____ day of _____April_____, 2021.

                                        ____/s/ Richard G. Andrews_____
                                        Judge Andrews