IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BEN FABRIKANT, and BRANDON CALLIER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNPATH LTD., a Delaware corporation, and NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 20-CV-01376-RGA |

## STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS LEAVE TO FILE A THIRD AMENDED COMPLAINT

Plaintiffs Kurt Morales II, Ben Fabrikant, and Brandon Callier, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Sunpath Ltd., and Northcoast Warranty Services, Inc. ("Defendants"), stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure (F.R.C.P.) 15(a)(2), Plaintiffs and Defendants have agreed, subject to the approval of the Court, that Plaintiffs may file their Third Amended Complaint ("TAC") without the need to seek further relief from this Court;

2. The parties have agreed, subject to the Court's approval of the Stipulation and proposed order, notwithstanding the timing set forth in F.R.C.P. 15(a)(3), that Defendants' answer or other response to the TAC will be due 20 days from the date the TAC is filed;

3. Pending before the Court are Plaintiffs' Combined Motions for Preliminary Injunction and Provisional Class Certification (D.I. 13). The hearing is currently stayed by Order of Court. (ECF No. 48, February 11, 2021). The parties propose that Plaintiffs' motion be stayed and

continued, pending resolution of any motions directed to Plaintiffs' TAC by Defendants and the opening of discovery.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 1, 2021                    By: */s/ Ian Connor Bifferato*                    .
    Ian Connor Bifferato (#3273)
    THE BIFFERATO FIRM, P.A.
    1007 N. Orange Street, 4th Floor
    Wilmington, DE 19801
    Telephone: (302) 225-7600
    Facsimile: (302) 298-0688
    E-mail: cbifferato@tbf.legal

    Thomas A. Zimmerman, Jr. (IL #6231944)*
    ZIMMERMAN LAW OFFICES, P.C.
    77 W. Washington Street, Suite 1220
    Chicago, Illinois 60602
    Telephone: (312) 440-0020
    Facsimile: (312) 440-4180
    Email: tom@attorneyzim.com
    www.attorneyzim.com

    Mark L. Javitch (California SBN 323729)*
    JAVITCH LAW OFFICE
    480 S. Ellsworth Avenue
    San Mateo CA 94401
    Telephone: (650) 781-8000
    Facsimile: (650) 648-0705
    Email: mark@javitchlawoffice.com

    *Attorneys for Plaintiffs and the Putative Classes*
    *Admitted Pro Hac Vice

DATED: June 1, 2021                    By: */s/ David B. Anthony*                    .
    Michael W. McDermott (#4434)
    David B. Anthony (#5452)
    Peter McGivney (#5779)
    BERGER HARRIS
    1105 North Market Street, 11th Floor
    Wilmington, DE 19801

                Telephone: (302) 655-1140
                Facsimile: (302) 655-1131
                Email: mmcdermott@bergerharris.com

*Attorneys for Defendants Sunpath Ltd. and Northcoast Warranty Services, Inc.*

IT IS SO ORDERED.

DATED: _____  _____
                                                    Richard G. Andrews
                                                    United States District Judge