# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BRANDON CALLIER, LUCAS HORTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br><br>SUNPATH LTD., a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, AMTRUST NORTH AMERICA, INC., a Delaware corporation, SING FOR SERVICE, LLC, a Delaware limited liability company, and PELICAN INVESTMENT HOLDINGS GROUP LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.  20-cv-01376-RGA |

### DEFENDANT AMTRUST NORTH AMERICA, INC.'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT WITH PREJUDICE UNDER FEDERAL RULES 8 AND 12(b)(6)

  Pursuant to Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12(b)(6), Defendant, AmTrust North America, Inc. ("AmTrust") respectfully move for an Order dismissing Plaintiffs' Fourth Amended Complaint for a failure to state a claim upon which relief can be granted.  In support of this request, Defendants incorporate the accompanying Brief.

  **WHEREFORE,** Defendant, AmTrust North America, Inc. respectfully requests that the Court grant their motion and dismiss this action, with prejudice.

**COOCH AND TAYLOR, P.A.**

By: */s/ C. Scott Reese*
C. Scott Reese (#2036)
Dean R. Roland (#6459)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
(302) 984-3800
Fax: (302) 984-3939
sreese@coochtaylor.com
droland@coochtaylor.com

(Pro Hav Vice Admission Anticipated)
Leo J. Hurley, Jr.
Andrew C. Sayles
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07-68
973.535.0500
lhurley@connellfoley.com
asayles@connellfoley.com

*Attorneys for Defendant, AmTrust North America, Inc.*

DATE:   December 21, 2022