IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, BRANDON CALLIER, and LUCAS HORTON, individually, and on behalf of all others similarly situated, <br><br>        Plaintiffs, <br><br>   v. <br><br>SUNPATH LTD., a Delaware corporation, and NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, AMTRUST NORTH AMERICA, INC., a Delaware corporation, SING FOR SERVICE, LLC, a Delaware limited liability company, and PELICAN INVESTMENT HOLDINGS GROUP LLC, a Delaware limited liability company, ADVANCED AUTO SHEILD, INC., a Delaware corporation, <br><br>        Defendants. | Case No.: 20-cv-1376-JLH |

## MOTION FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT SUNPATH, LTD.

Pursuant to Local Rule 77.2(a)(4) and Fed. R. Civ. P. 55(a) of the Federal Rules of Civil Procedure, Plaintiff KURT MORALES II, BRANDON CALLIER, and LUCAS HORTON, ("Plaintiffs") hereby file a motion for entry of default against Defendant Sunpath Ltd for failing to appear in response to the Court's Order (D.I. 224). In support of this motion, Plaintiffs state the following:

On December 21, 2023 the Court granted the motion to withdraw filed by Sunpath's counsel, Michael W. McDermott, David Anthony, Peter McGivney, and Berger McDermott, LLP. D.I. 224. Sunpath has no other representation. As a corporation, it is required to have an attorney of record. The Court allowed twenty-one (21) days for Sunpath to retain new counsel, stating that: "Sunpath Ltd. must obtain substitute counsel who must enter an appearance in this

case on or before January 11, 2024." D.I. 224. Despite the Court's Order, as of the date of this filing, the deadline to obtain new counsel has passed, and Sunpath Ltd. has failed to fulfill the Court's requirement to have counsel enter their appearance.

WHEREFORE, Plaintiffs respectfully request that the motion be granted, and such other relief as the Court deems appropriate.

Dated: January 12, 2024

By: /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St.
12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301

Thomas A. Zimmerman, Jr. (IL #6231944)*
Jeffrey Blake (pro hac vice)
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
Email: tom@attorneyzim.com
www.attorneyzim.com

Mark L. Javitch (CA 323729)*
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
Email: mark@javitchlawoffice.com

Counsel for Plaintiffs and the Putative Classes