IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KURT MORALES II, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1376 (JLH) |
| | ) | |
| SUNPATH LTD., a Delaware corporation, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S ENTRY OF DEFAULT

At Wilmington, this 2nd day of February 2024;

Plaintiffs' Request for Entry of Default as to Defendant Sunpath Ltd. (D.I. 228) and the Court docket show that:

1.      On December 21, 2023, the Court granted the Motion of Michael W. McDermott, David Anthony, Peter McGivney, and Berger McDermott, LLP to withdraw as counsel to Sunpath Ltd. (D.I. 216)

2.      Defendant Sunpath Ltd. was ordered to obtain substitute counsel on or before January 11, 2024.

3.      As of the date of this Order, new counsel has not entered their appearance on behalf of Defendant Sunpath Ltd.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is HEREBY ENTERED against Defendant Sunpath Ltd.

Plaintiff shall serve of copy of this Clerk's Entry of Default upon Defendant and shall file a proof of service regarding same.

RANDALL C. LOHAN, Clerk of Court

By: Carlah Garfinkel, Deputy Clerk