IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KURT MORALES II, *et al.*, individually, and on behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SUNPATH LTD, *et al.*, | ) ) ) |
| Defendants. | ) |

C.A. No. 20-1376-JLH

## **MEMORANDUM ORDER**

At Wilmington, this 29th day of April, 2025:

WHEREAS, on March 20, 2024, Magistrate Judge Fallon issued a Memorandum Order (D.I. 258) denying without prejudice Defendant Pelican Investment Holdings Group, LLC's ("Pelican's") Motion for Leave to Withdraw as Counsel (D.I. 233);

WHEREAS, on April 3, 2024, counsel for Pelican objected to this portion of Judge Fallon's Memorandum Order (D.I. 264);

WHEREAS, on April 17, 2024, Plaintiff responded to the objection (D.I. 271);

WHEREAS, Judge Fallon's Memorandum Order may only be set aside if it is "clearly erroneous or contrary to law," *see* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a);

NOW, THEREFORE, IT IS HEREBY ORDERED that, having presented no meaningful argument why Judge Fallon's recommendation is clearly erroneous or contrary to law, Pelican's counsel's objections (D.I. 265) are OVERRULED and the Memorandum Order is ADOPTED (D.I. 258).

_____
Honorable Jennifer L. Hall
United States District Judge